FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 7 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-0020 KWR |
| vs. | ) Count 1: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition; |
| **ANTHONY WINTERS,** | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 111(a) and (b): Assault Upon a Federal Officer Using a Deadly and Dangerous Weapon. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 6, 2024, in San Juan County, in the District of New Mexico, the defendant, **ANTHONY WINTERS**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) receiving or transferring a stolen vehicle,

(2) theft of a credit card,

(3) receiving stolen property, and

(4) possession of a controlled substance (three convictions),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 2

On or about December 6, 2024, in San Juan County, in the District of New Mexico, the defendant, **ANTHONY WINTERS**, intentionally forcibly assaulted, resisted, opposed, impeded,

intimidated, and interfered with John Doe 1, John Doe 2, and John Doe 3, officers and employees of the United States Marshals Service, while they were engaged in, and on account of, the performance of their official duties, and in the commission of such acts used a deadly and dangerous weapon, a vehicle.

In violation of 18 U.S.C. §§ 111(a) and (b).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **ANTHONY WINTERS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Ruger Security 9, 9mm pistol bearing serial number 387-14702, and

b. approximately one round of Hornady 9mm caliber ammunition seized on December 6, 2024.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney